IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| VANESSA A. PHILLIPS, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-00355-TES |
| | * |
| MACON-BIBB COUNTY GOVERNMENT, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 11, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 14th day of March, 2022.

David W. Bunt, Clerk

s/ Heather Willis, Deputy Clerk